**James STEADMAN, Plaintiff–Appellant,**

v.

**CRYSTAL GATEWAY MARRIOTT, Defendant–Appellee.**

No. 02–1348.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 5, 2002.

Decided Sept. 10, 2002.

James Steadman, Appellant Pro Se. John Michael Bredehoft, Venable, Baetjer & Howard, Vienna, Virginia, for Appellee.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

James Steadman appeals the district court order granting summary judgment to Crystal Gateway Marriott and dismissing his employment discrimination complaint. We have reviewed the record and the district court's memorandum opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Steadman v. Crystal Gateway,* No. CA–01–1083–A (E.D. Va. filed Mar. 11, 2002; entered Mar. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*